| AO-10 Rev. 8/87 | **FINANCIAL DISCLOSURE REPORT** | Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App. I, §§ 301-09) |
|---|---|---|

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| Duhe, John M., Jr. | U. S. District Court Western District of Louisiana | 6/27/88 |

| Title | Date of Entry/Nomination/Termination (only if initial or final report) | Reporting Period (Calendar year, or inclusive dates) |
|---|---|---|
| U. S. District Judge | June 27, 1988 | |

| Home or office address | |
|---|---|
| Room 249, 705 Jefferson Street Lafayette, LA 70501 | 1987 |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets - if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

**I. POSITIONS.** *(Reporting individual only; see pp. 15-16 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE *(No reportable positions)* | |
| Trustee | Weeks Trusts, 705 Jefferson St., Lafayette,LA |
| Manager & Partner | Duhe Land Company, Box 968, New Iberia, LA |
| Partner | Rochel & Duhe, New Iberia, LA |

**II. AGREEMENTS.** *(Reporting individual only; see p. 17 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE *(No reportable agreements)* | |

**III. NON-INVESTMENT INCOME.** *(Partial disclosure for spouse; see pp. 18-20 of Instructions.)*

| DATE *(Honoraria only)* | SOURCE AND TYPE | GROSS INCOME *(yours, not spouse's)* |
|---|---|---|
| ☐ NONE *(No reportable non-investment income)* | | |
| | Woman's Foundation, Inc. - Salary (S) | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>John M. Duhe, Jr. | Date of Report<br>6/27/88 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| LADC Trial Advocacy Seminar | Reimbursement of lodging, mileage and meals. |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. *(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| * VALUE CODES: | J = $0 to $1,000 | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
|---|---|---|---|---|
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>John M. Duhe, Jr. | Date of Report<br>6/27/88 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS--income, value, transactions. *(Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income<br>during period | | C.<br>Gross value at<br>end of period | | D.<br>Transactions during period<br>(Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt.<br>Code[1]<br>(A-H) | Type<br>(e.g., div.) | Value<br>Code[2]<br>(J-P) | Value<br>Method<br>Code[3]<br>(Q-W) | Type<br>(e.g., sold) | Date:<br>Month-<br>Day | Value<br>Code[2]<br>(J-P) | Gain<br>Code[1]<br>(A-H) | Identity of<br>buyer/seller<br>(if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 New Iberia Bank checking account | B | Int. | L | T | | | | | |
| 2 American Discount Corp. debenture | B | Int. | L | T | This item erroneously shown as "note receivable" on prior reports. | | | | |
| 3 Evangeline Fed. Savings & Loan - checking acct. | C | Int. | M | T | | | | | |
| 4 Est. J. Malcolm Duhe checking account | A | Int. | K | T | | | | | |
| 5 City Bank & Trust checking account | C | Int. | M | T | | | | | |
| 6 Guaranty Bank & Trust checking account | B | Int. | K | T | | | | | |
| 7 Nuveen Trust bond fund | C | Int. | L | T | | | | | |
| 8 Various Louisiana Bonds munic. bonds | B | Int. | K | T | | | | | |
| 9 New Iberia Bank Corp. com. stock | B | Div. | L | T | Changed name from New Iberia National Bank. | | | | |
| 10 FNB Jeanerette com. stock | A | Div. | K | T | | | | | |
| 11 City Bancorp com. stock | A | Div. | K | T | | | | | |
| 12 Washington Life Ins. Co. com. stock | A | Div. | K | T | | | | | |
| 13 Am. Discount Corp. com. stock | A | Div. | K | T | | | | | |
| 14 debenture | B | Int. | L | T | This item erroneously not separately listed on prior reports. Value and income shown with report on stock. | | | | |
| 15 | | | | | | | | | |
| 16 Farm Bureau Fund mutual fund | B | Div.<br>C.Gain | K | T | | | | | |
| 17 J. Paulin Duhe, Inc. com. stock | A | | M | U | | | | | |
| 18 pref. stock | A | | N | U | new issue | 2/4 | U | A | |
| 19 La. Land & Exploration Co. - royalty trust | A | | J | T | Will not be reported hereafter. Income & value below exempt level. | | | | |
| 20 Texaco oil & gas royalty | D | Roy. | L | W | | | | | |

| | | | |
|---|---|---|---|
| 1 Income/Gain Codes: | A = exempt ($0 to $100)<br>E = $5,001 to $15,000 | B = $101 to $1,000<br>F = $15,001 to $50,000 | C = $1,001 to $2,500<br>G = $50,001 to $100,000 | D = $2,501 to $5,000<br>H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000)<br>N = $50,001 to $100,000 | K = $1,001 to $5,000<br>O = $100,001 to $250,000 | L = $5,001 to $15,000<br>P = over $250,000 | M = $15,001 to $50,000 |
| 3 Value Method Codes: | Q = Appraisal<br>U = Book value | R = Cost (real estate only)<br>V = Other | S = Assessed value<br>W = Estimated | T = Cash/market |

Digitized by Google

| Name of Person Reporting | Date of Report: |
|---|---|
| John M. Duhe, Jr. p. 2 | 6/27/88 |

## VII. INVESTMENTS and TRUSTS--income, value, transactions. *(Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| ¹Est. Wm. Helis oil & gas royalty | B | Roy. | J | W | | | | | |
| ²Exxon oil & gas royalty | B | Roy. | J | W | | | | | |
| ³Ergon Oil oil & gas royalty | A | Roy. | J | T | Oil & gas lease expired. | | | | |
| ⁴Koch Oil oil & gas royalty | A | Roy. | J | T | Oil & gas lease expired. | | | | |
| ⁵Scurlock Oil Co. oil & gas royalty | A | Roy. | J | T | | | | | |
| ⁶Hawthorn Oil & Gas oil & gas royalty | A | Roy. | J | T | Oil & gas lease expired. | | | | |
| ⁷Woodlands Townhouse rental property | D | Rent | M | W | | | | | |
| ⁸Est. J. Malcolm Duhe partnership-estate | A | Int. | K | W | | | | | |
| ⁹Duhe Land Co. partnership | D | Rent & Roy. | M | U | | | | | |
| ¹⁰Rochel & Duhe partnership | A | | J | U | Will not be reported hereafter. Value & income below exempt level. | | | | |
| ¹¹World Life Ins. Co. IRA | A | | L | U | | | | | |
| ¹²Land Coast Insul. Co. com. stock 13 | A | | M | W | This item erroneously not reported on prior reports because no dividen has ever been paid and no ready market exists for the stock. | | | | |
| ¹⁴Wal U Investment com. stock 15 | E | | L | U | Inadvertently omitted from prior report. | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes:  A = exempt ($0 to $100)  B = $101 to $1,000  C = $1,001 to $2,500  D = $2,501 to $5,000
  E = $5,001 to $15,000  F = $15,001 to $50,000  G = $50,001 to $100,000  H = over $100,000
2 Value Codes:  J = exempt ($0 to $1,000)  K = $1,001 to $5,000  L = $5,001 to $15,000  M = $15,001 to $50,000
  N = $50,001 to $100,000  O = $100,001 to $250,000  P = over $250,000
3 Value Method Codes:  Q = Appraisal  R = Cost (real estate only)  S = Assessed value  T = Cash/market
  U = Book value  V = Other  W = Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>John M. Duhe, Jr. | Date of Report<br>6/27/88 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. *(Indicate section of Report.)*

☐ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature *John M. Duhe, Jr.*                                        Date   June 28, 1988

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 304, AND 18 U.S.C. § 1001.)

---

**FILING INSTRUCTIONS:**

1.  *Mail signed original and 4 additional copies to:*      *Judicial Ethics Committee*
*Administrative Office of the*
*United States Courts*
*Washington, DC 20544*

2.  *Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)*

Digitized by Google